# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TRACY WHITAKER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| FRANK D. GILLIS, THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | NO. 99-4578 |

## ORDER

**NOW,** this 13th day of July, 2021, upon consideration of the petitioner's Motion for Relief Pursuant to Rule 60(b)(3), (4) of the Federal Rules of Civil Procedure (Doc. No. 32) and the Respondents' Answer in Opposition to Petitioner's Motion, it is **ORDERED** that the motion is **DENIED**.

    /s/TIMOTHY J. SAVAGE